## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lewkuntwane v. Help at Home CT, LLC          Docket No.: 24-1662

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Thomas J. Durkin

Firm: Hayber, McKenna & Dinsmore, LLC

Address: 750 Main Street, Suite 904, Hartford, CT 06103

Telephone: 860-522-8888          Fax: 860-218-9555

E-mail: tdurkin@hayberlawfirm.com

Appearance for: Kefilwe Lekuntwane individually and on behalf of all others similarly situated
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Richard E Hayber and Nitor Egbarin )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Thomas J. Durkin